```
                                                    Entered on Docket
                                                    March 06, 2013
                                                    GLORIA L. FRANKLIN, CLERK
                                                    U.S BANKRUPTCY COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

1  LAW OFFICES OF LES ZIEVE
   DANIEL I. SINGER, ESQ. 227907
2  JENNIFER A. BENDER, ESQ. 244478
   18377 Beach Blvd., Suite 210            The following constitutes
3  Huntington Beach, CA 92648              the order of the court. Signed March 5, 2013
   (714) 848-7920
4  (714) 848-7650 Fax
5  bankruptcy@zievelaw.com

6  Counsel for Movant
                                           _____
7                                          Roger L. Efremsky
                                           U.S. Bankruptcy Judge
8

9                    UNITED STATES BANKRUPTCY COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12

13 | In re                                  | Case No. 11-46141

14 | Michael Curtis Rush and Jennifer Lynn Rush, | R.S. JAB-77303

15 |                        Debtors.        | CHAPTER 13

16 | _____    |
                                            | **ORDER MODIFYING AUTOMATIC
17 | California Housing Finance Agency, its assignees | **STAY AND FOR ADEQUATE
   | and/or successors in interest,         | **PROTECTION**
18 |
   |                        Movant,         |
19 |                                        | **HEARING:**
   | vs.                                    | Date:  February 27, 2013
20 |                                        | Time:  1:30 P.M
   | Michael Curtis Rush and Jennifer Lynn Rush, | Place: U.S. Bankruptcy Court
21 | Martha G. Bronitsky, Trustee,          |        Courtroom 201
   |                                        |        1300 Clay Street
22 |                        Respondents.    |        Oakland, CA 94612
23 |
24 | _____    |

25         It is hereby ordered and agreed by and between Movant California Housing

26 Finance Agency, its assignees and/or successors in interest ("Movant"), through its counsel,

27 Jennifer A. Bender of the Law Offices of Les Zieve, and Debtors Michael Curtis Rush and

28 Jennifer Lynn Rush ("Debtors"), through their counsel, Anne Y. Shiau of the Law Offices of
   Patrick L. Forte, as follows:

1. **IT IS HEREBY ORDERED** that this Order is in regards to Movant's interest in the real property generally described as 743 Bailey Road, Pittsburg, California 94565 ("Property").

2. **IT IS FURTHER ORDERED** that Debtors shall maintain regular monthly payments on Movant's first deed of trust obligation, in a timely fashion, beginning with the March 1, 2013 payment, and continuing thereafter on the first (1st) day of each month. Payments are due on the first (1st) day of each month and are delinquent after the fifteenth (15th) day of each month. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due to Movant hereunder shall be paid to Movant at the following address:

> California Housing Finance Agency
> Attention: Cashiering
> 1040 Riverside Parkway, Suite 110
> West Sacramento, CA 95605

3. **IT IS FURTHER ORDERED** that in the event Debtors fail to timely or properly comply with the payment provisions set forth in paragraph 2 hereinabove, Movant may give written notice of the default to Debtors and Debtors' counsel via first class mail. In the event the default is not cured within 10 days from the date of the notice, Movant may restore its Motion for Relief from the Automatic Stay to the Court's calendar for further hearing upon ten (10) days' notice to Debtors and Debtors' counsel.

4. **IT IS FURTHER ORDERED** that if the loan secured by Movant's first deed of trust obligation is non-escrowed, then Debtors shall maintain property taxes and current hazard insurance for the Property, and provide proof of said insurance to Movant on a timely basis.

5. **IT IS FURTHER ORDERED** that the acceptance by Movant of a late or partial payment(s) shall not act as a waiver of Movant's right to proceed hereunder.

6. **IT IS FURTHER ORDERED** that in the event this case is converted to a Chapter 7, the automatic stay shall be terminated as to Debtors only without further notice, order, or proceeding of the Court. If the automatic stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against Debtors.

7.  **IT IS FURTHER ORDERED** that the foregoing terms and conditions shall only be binding during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against Debtors.

8.  **IT IS FURTHER ORDERED** that Movant shall be permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtors.

IT IS SO STIPULATED:

LAW OFFICE OF LES ZIEVE

DATED: 3-1-13

By: Jennifer A. Bender
Attorneys for Movant, California Housing Finance Agency

LAW OFFICES OF PATRICK L. FORTE

DATED: March 1, 2013

By: Anne Y. Shiau
Attorneys for Debtors, Michael Curtis Rush and Jennifer Lynn Rush

\*\*END OF ORDER\*\*

**COURT SERVICE LIST**